IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL MANERA,

    Plaintiff,

v.

MICHELIN NORTH AMERICA, INC., a foreign corporation d/b/a f/n Michelin, BF Goodrich and Uniroyal Goodrich,

    Defendant.

Case No. 6:15-cv-721-Orl-22-TBS

**AFFIDAVIT OF MICHAEL CORRENTI
IN SUPPORT OF NOTICE OF REMOVAL**

BEFORE ME, the undersigned authority, personally appeared MICHAEL CORRENTI, who, after being duly sworn, deposes and states as follows:

1.  My name is Michael Correnti, and I am over the age of 18 years, of sound mind, and have personal knowledge of the facts set forth herein.

2.  I am a member in good standing of the Florida Bar. I have been involved in a litigation practice most of my career, specializing in automotive products liability cases, such as the instant case. I have represented product manufacturers for many years, and I am familiar with cases where litigants claim that injuries incurred in vehicle crashes are the result of some perceived defect in the design or manufacture of the product.

3.  The complaint filed against Michelin North America, Inc. in this case asserts that the Plaintiff was operating a motorcycle at the time of the accident and while


DEFENDANT'S EXHIBIT B

he was passing a F-350 truck, the left front tire of the vehicle failed, causing a blast that sent remnants of the tire, together with other debris, which violently struck Plaintiff, knocking him off of his motorcycle and causing him to suffer serious injuries. (Compl. ¶ 9.) Plaintiff seeks damages for "pain and suffering resulting from bodily injuries, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, lost wages and loss of earning capacity in the past and into the future, as well as an aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff . . . will suffer the losses in the future." (Compl. ¶ 43.)

    4.    Based upon my review of the allegations in the Complaint, as well as my experience in litigation involving similar claims, it is my educated belief that although Defendant denies any liability for Plaintiff's alleged injuries and damages, Plaintiff seeks damages in this case in excess of $75,000.00, the amount required for diversity jurisdiction in this court.

FURTHER AFFIANT SAYETH NOT.

_____
Michael Correnti

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to and subscribed before me on this 6th day of May, 2015, by Michael Correnti, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC
Printed Name: JANET R. BASILE
Commission Number: EE170926
Commission Expires: 3/29/16

JANET R. BASILE
MY COMMISSION # EE170926
EXPIRES: March 29, 2016
1-800-3-NOTARY   Fl. Notary Discount Assoc. Co.